CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA BROOKS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-484 (HHK) |
| ) | |
| NOVARTIS PHARMACEUTICAL ) | Category   B |
| CORP., ET AL. ) | |
| Defendants ) | |

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>April 7, 2008</u> from  <u>Judge Ricardo M. Urbina</u>  to <u>Judge Henry H. Kennedy, Jr.</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
<u>Judge Urbina</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk