| | | |
|---|---|---|
| **Katherine Snuffer/DCD/DC/USCOURTS**<br>05/12/2008 11:23 AM | To | Jacqueline M. Francis/DCD/DC/USCOURTS@USCOURTS, Tawana Davis/DCD/DC/USCOURTS@USCOURTS, Teresa |
| | cc | |
| | bcc | |
| | Subject | Fw: MDL 1760 (Conditional Transfer Order 65); 1:08-cv-0484, 1:08-cv-0490, 1:08-cv-0491, 1:08-cv-0492, 1:08-cv-0493, 1:08-cv-0494, 1:08-cv-0495 |

| | | |
|---|---|---|
| **Ann G Frantz/TNMD/06/USCOURTS**<br>05/12/2008 09:56 AM | To | DCDml_MDLClerk, InterDistrictTransfer/DCD/DC/USCOURTS@USCOURTS |
| | cc | |
| | Subject | MDL 1760 (Conditional Transfer Order 65); 1:08-cv-0484, 1:08-cv-0490, 1:08-cv-0491, 1:08-cv-0492, 1:08-cv-0493, 1:08-cv-0494, 1:08-cv-0495 |

Clerk of Court
United States District Court
District of Columbia

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
          Conditional Transfer Order 65

Dear Clerk of Court:

Attached is a certified copy of CTO 65 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee. The new case numbers are listed on the order.

*Please transmit your records via the ECF District Transfer method to Tennessee Middle.*

If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.


MDL 1760 CTO 65-CERTIFIED.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov